UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. M.,

           Plaintiff,

      v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

           Defendants.

Case No.  26-cv-01103-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: February 4, 2026

THOMAS S. HIXSON
United States Magistrate Judge